IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ASHLEY LEONARD, | : |
| | : |
| Plaintiff, | : |
| | : |
| v. | : Civil No. **2:16-cv-01086-DSC** |
| | : |
| FIRST CREDIT SERVICES, INC., | : |
| | : |
| Defendant. | : |

**NOTICE OF SETTLEMENT**

TO THE CLERK:

NOTICE IS HEREBY GIVEN that the parties in the above-captioned case have reached a settlement.  The parties anticipate filing a stipulation of dismissal of this action with prejudice pursuant to Fed. R. Civ. P. 41(a) within sixty (60) days.

*/s/ Amy L. Bennecoff Ginsburg*
Amy L. Bennecoff Ginsburg, Esq.
Kimmel & Silverman, P.C.
30 East Butler Pike
Ambler, PA 19002
Phone: (215) 540-8888
Email: aginsburg@creditlaw.com
Attorney for the Plaintiff

Date: September 6, 2016

## CERTIFICATE OF SERVICE

  I hereby certify that I have served a copy of the foregoing document by Notice of Electronic Filing on this 6th day of September, 2016:

Richard J. Perr, Esq.
Fineman, Krekstein & Harris, P.C.
Ten Penn Center
1801 Market Street, Suite 1100
Phone:  (215) 893-8724
Email:  rperr@finemanlawfirm.com
Attorney for the Defendant

            */s/ Amy L. Bennecoff Ginsburg*
            Amy L. Bennecoff Ginsburg, Esq.
            Kimmel & Silverman, P.C.
            30 East Butler Pike
            Ambler, PA 19002
            Phone: (215) 540-8888
            Email: aginsburg@creditlaw.com
            Attorney for the Plaintiff