IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **ASHLEY LEONARD**, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )   2:16cv1086 |
| | )   **Electronic Filing** |
| **FIRST CREDIT SERVICES, INC.**, | ) |
| | ) |
| Defendant. | ) |

## ORDER OF COURT

AND NOW, this 7th day of September, 2016, the court having been advised by counsel that settlement has been reached and that the only remaining matter is the submission of a stipulation for settlement and discontinuance. Now, therefore, with no further action being required by the court at this time, the following order is entered:

IT IS ORDERED that the Clerk shall remove this case from the docket for administrative purposes. Nothing contained in this order shall be construed as a final dismissal or disposition of this case and, should further proceedings in it become necessary, the case shall be reinstated to the docket upon written request of either party. Jurisdiction is retained over the completion and enforcement of settlement.

s/ DAVID STEWART CERCONE
David Stewart Cercone
United States District Judge

cc:   Amy Bennecoff Ginsburg, Esquire
   Richard J. Perr, Esquire

   (*Via CM/ECF Electronic Mail*)